# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kristin Lee Callison**<br>DOB: 1989; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-05788MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about February 19, 2020, in the District of Arizona, **Kristin Lee Callison**, knowing or in reckless disregard that certain aliens, including Ramiro Andres Munoz-Gonzalez and Jonnathan Fernando Marquez-Marquez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about February 19, 2020, in the District of Arizona (Tombstone), United States Border Patrol Agents (BPA) encountered a 2001 Honda CR-V at the SR-80 checkpoint. The driver **Kristin Lee Callison** agreed to roll down the rear driver's side window. The BPA noticed two people laying in the back cargo area behind the rear seat. The BPA determined that the two people were citizens of Ecuador and in the U.S. illegally.

Material witness Ramiro Andres Munoz-Gonzalez stated that he had arranged to be smuggled into the United States for money. Jonnathan Fernando Marquez-Marquez said that his brother made the smuggling arrangements on his behalf. Both said that they crossed the border by jumping the metal fence near Douglas.

In a post-*Miranda* statement, **Callison** admitted to picking up two subjects from a trailer home in Sierra. She believed the two subjects were in the U.S. illegally. **Callison** said she was going to be paid between $600 and $700 USD for each illegal alien transported north of Tucson.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Ramiro Andres Munoz-Gonzalez and Jonnathan Fernando Marquez-Marquez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri, /ACA | SIGNATURE OF COMPLAINANT<br>*[signature]*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>February 20, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54